# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2017

155483

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

WILLIAM J. WADDELL,
      Plaintiff-Appellee,

v

JOHN D. TALLMAN and JOHN D. TALLMAN,
PLC,
      Defendants-Appellants.

SC: 155483
COA: 328926
Kent CC: 15-002530-CB

_____/

On order of the Court, the application for leave to appeal the December 20, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

WILDER, J., did not participate because he was on the Court of Appeals panel.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2017



Clerk

t1017